JS-6

FILED
CLERK, U.S. DISTRICT COURT

12/30/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAEED HESAMI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK,<br><br>    Defendant. | Case No. CV 17-1418 FMO (PLAx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Final Approval of Class Action Settlement ("Order"), filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Plaintiff Saeed Hesami shall be paid a service payment of $5,000 in accordance with the terms of the Settlement Agreement and the Order.

2. Class counsel shall be paid $462,500 in attorney's fees, and $20,000 in costs in accordance with the terms of the Settlement Agreement.

3. The Claims Administrator, Settlement Services Inc., shall be paid for its fees and expenses in accordance with the terms of the Settlement Agreement.

4. The California Labor and Workforce Development Agency shall be paid $18,750 pursuant to the Settlement Agreement.

5. All class members who did not validly and timely request exclusion from the settlement

have released their claims, as set forth in the Settlement Agreement, against any of the released parties (as defined in the Settlement Agreement).

6. Except as to any class members who have validly and timely requested exclusion, this action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of the court.

Dated this 30th day of December, 2019.

                                                /s/
                                   Fernando M. Olguin
                             United States District Judge